NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIDDLESEX WATER COMPANY,<br><br>                                 Plaintiff,<br><br>v.<br><br>3M COMPANY (f/k/a/ Minnesota Mining and Manufacturing, Co.); JOHN DOE DEFENDANTS 1-49,<br><br>                                Defendants. | Case No. 18cv15366 (EP) (ESK)<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of Defendant's motion for summary judgment, D.E. 140. The Court has reviewed the parties' briefs and for the reasons set forth in the Opinion filed herewith,

**IT IS** on this 31st day of October, 2022;

**ORDERED** that Defendant's motion for summary judgment, D.E. 140, is **DENIED** with respect to Counts One, Two, and Three of Plaintiff's Second Amended Complaint, D.E. 108; and it is finally

**ORDERED** that Defendant's claim to limit the scope of Plaintiff's potential damages, raised in Defendant's motion for summary judgment, D.E. 140, is **DENIED**.

Dated: October 31, 2022

                                                                            */s/ Evelyn Padin*
                                                                            Hon. Evelyn Padin, U.S.D.J.