# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIDDLESEX WATER COMPANY,<br><br>                    Plaintiff,<br><br>          v.<br><br>3M COMPANY (f/k/a Minnesota Mining and Manufacturing, Co.)<br><br>                    Defendant. | No. 2:18-cv-15366<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Middlesex Water Company ("Plaintiff"), by and through its undersigned counsel, hereby submits this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiff has resolved its claims against Defendant 3M Company and thereby respectfully requests that the Court enter an Order dismissing the Second Amended Complaint (Dkt. 108) and its claims against 3M Company with prejudice, and with each party bearing that party's own attorney's fees and costs.

Dated: September 21, 2023

**DOUGLAS & LONDON, PC**

<u>/s/ Michael A. London</u>
Michael A. London
Rebecca G. Newman
Douglas & London, PC
59 Maiden Lane
New York, NY 10038
Tel. (212) 566-7500
Fax: (212) 566-7501
mlondon@douglaslondon.com
rnewman@douglaslondon.com
*Attorneys for Plaintiff*

**So Ordered**

_____
HON. EVELYN PADIN
UNITED STATES DISTRICT JUDGE